RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 MAR 11 A 11:37

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

United States
Court of Appeals
1ST Circuit

Office of the Clerk          DATE: 3-7-2025

STATE of MAINE
V          Docket: ANDCD-CR-25-447,891
Bayne                    24-2218

## NOTICE

It's with much stress and concern that I feel this notice of actions must be sent. The defendant; Thomas Bayne, is not only being threatened with indefinite detainment in Cumberland County Jail in Portland Maine, but also pressured to accept the plea offer from the prosecuter by my Public Defender. I have no doubt in their ability to detain me indefinatley as on a bail revocation hearing held over 45 weeks past my arrest was a testiment to their control of legal rulings in the courtroom.



# Background

On 9/10/2024 after a documented false call (supplemtary police report: Lisbon Maine Police Department by Detective R. St. Amant) Authorities in Androscoggin County Maine Created a perimeter around my home. They were given a diagram of my home and it was reported that I had weapons.

I did have legal fire arms that I removed from the home after the school shooting in Appalachia Georgia on 9-4-2024. I re-evauluated my safety proceedures and eliminated any access to firearms while I was at work by my speacil needs child. He is hyper-focused on anything militant including guns. I was asleep and was awoken by a spam caller who had called 19 times. I called Lisbon Police Department within 19 minutes and was given to the Detective whom I was told by the spam caller was standing in my driveway. I was on the phone with Detective Sibley when they started shooting at me. They fired 40mm Deadly Force, NOT FOR INDOOR USE, class #6 chemicals, directly at

head level into my bedroom. The first round knocked my glasses off my face. The shots fired during our conversation; regardless how many times I've requested it by myself, and have asked my attorney to aquire it thru discovery has yet to be done. The Maine State Police also ran into my home with their armored car. In addition to this attack a photo was taken out of my personal phone; after the attack and used for the Probable Cause statement. This photo has never left my phone and Law Enforcement described getting the photo "off social media somewhere". I have asked for the chain of evidence paperwork, a copy of the original download for digital forensic identification and a Franks hearing. All requests to the courts and my Public Defender have gone unanswered.

On 2/21/2025 Lisbon Police Department arrested me for obstruction of a roadway, disorderly conduct, resisting arrest with



force. The Lisbon Police officer pulled his service weapon and pointed it at my head. I was tased from behind and collapsed. Once again all requests for video have gone unanswered. The Lisbon Maine Police Officers reported they smelled intoxicating liquors. I was taken to the hospital, given a mental health evauluation, and cleared to enter Androscoggin County Jail. Upon entering the Androscoggin County Jail I was assaulted severely for multiple days. Just prior to the beginning of the assault Lisbon Police Officer Ouellette had his left index finger covering his body cam. This is recorded by booking room cameras. I was stripped of all my clothes and left lying in excriment and urine. I wasn't able to get off the floor. On the third day I asked to make a PREA phone call; I was told by the female C.O. that they get to decide when I can use that right. I was never given a

breathalyzer or any blood drawn for a B.A.C.. I do not drink alcohol and I had no intoxicating liquer smell on my person.

On 3-12-2025 I left the State of Maine to take a drug screen in Boston, MA. I then went east thru New York, Ohio, Indiana, Illinois, to my destination Kansas City, Missouri. I even stopped in Green Castle, Indiana for a haircut at Great Clips. All of this travel is documented in my bank records. I was staying in a hotel in Oak Grove Missouri and recieving medical care in Blue Springs, MO. I had recieved a traumatic brain injury; recorded in medical records, and damage to my right eye and neck. This was a direct result of the pre-meditated assualt in Androscoggin County Jail.

On 4-16-2025; after completing a meeting, I stepped outside of my hotel, to walk my service animal. I was quickly surrounded by

the Jackson County FRT with AR firearms pointed at my head. After a very intense interaction, with myself following every command, tensions eased quickly - for Law Enforcement. I allowed Oak Grove Police Department to search my vehicle and hotel room.

I was taken to the Kansas City Detention Center and spent 93 days there. There was no Governor's Warrant or Form of Demand ever sent. I was scared for my life to extradite because the Androscoggin County DA called Detective Griffen of Oak Grove, MO PD (Police Report: OG25-00282) and told him I was a "Copkiller", "Armed + dangerous", and "Had a Vendetta against Law Enforcement". My NCIC had also been falsified to say I'm a warning to law enforcement.

During the incarceration at KCDC I lost all my tools, clothes, pictures of my kids, and my vehicle. Once released

I purchased air fare from Delta and returned to Portland Maine. Upon returning to Maine I contacted my Public Defender via email which garned no response. I was re arrested on July 28th, 2025 and brought to Cumberland County Jail, Portland Maine. It was not until 45 weeks had passed until I was given a bail revocation hearing.

The bail revocation hearing was on February 10th, 2026 and it wasn't until this day that I knew what I was arrested for. On march 24, 2025 Lisbon Police Officers removed a camping knife and machete from my home. I was charged with violation of bail for possesion of a dangerous weapon by a prohibited person. I had been gone from the east coast for two weeks and endivrduals were moving belongings from my home to a shipping container - the home is inhabitable from the chemicals. I have never owned a machete

⑧

and a camping knife is just that, a tool for camping.

During the hearing the prosecuter stated "a machete is only used for one thing: killing people." He also stated I could have ~~been~~ given my debit card to someone to make the purchases. The judge then stated I could have made the purchases on-line. Even though the courts had my bank records which showed on the day Lisbon PD searched my home, I had ordered door-dash to my hotel in Missouri.

After a lengthy recess the judge ruled I was guilty of "constructive possesion" for not giving the courts a change of address to the hotel I was staying in. Also the judge ruled my bank records did not proove my location as I could have made the purchas on-line and made the doctors appointments thru a doctor's portal.

During this entire time frame I have not recieved a single document from the courts. My Public Defender comunicates that he has filed an appeal to the Maine Supreme Court but has not sent me a requested copy. I'm being told the Androscoggin County Courthouse is not turning over the transcripts from the hearing. I'm also being told my only way out of jail is to accept the prosecutors offer.

I have not worked since 9/10/2024, I have a Masters of Engineering degree and misdemeanor's bar me from access to projects on the nations electrical grid. I have spent a year in jail with no bail and have been found guilty of nothing. I have lost everything I have ~~worked~~ and my father who is a 100% disabled Vietnam vetern needs my assistance.

For these reasons I make notice to the United States Court of Appeals

that I am being threatened with unending detainment and being forced to take the prosectars offer in order to see my father while he is still alive.

I also recognize to be released under these conditions that I must perjure myself before the courts to accept the plea. I will be accepting the guilty pleas under duress and with threats. I am innocent of all charges and being found guilty of Possesion in Lisbon Falls Maine while Physically present in the mid-west is by physics impossible. The designation of a camping knife and machete does not meet the legal definition of a dangerous weapon.

## Request For Action

1) De NOVO review of transcripts from Bail Revocation Hearing February 10th 2026.

2) Order to fullfill all requested discovery



3) To retain this document for records if needed for further litigation.

4) Order for Immeadiate release from jail to prevent act of perjury.

5) Dissmissal of all charges

6) Pro se and In forma pauperis designation and considerations

7) Any and all relief granted to petitioner available by the courts.

8) A return copy of petition for records.

Attachment - (Exhibit # 1)
Debit purchase Delta - Holiday Inn
Kansas City, MO

Signed + Sworn

Thomas A, Bayre, J        3-9-2026

Thomas A Bayre, Jr.