UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| THOMAS BAYNE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00164-JAW |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE**

The Court has reviewed and considered the Magistrate Judge's recommended decision and concurs with his recommendation for the reasons set forth in his recommended decision. On March 30, 2026, Thomas Bayne, Jr. filed a petition for writ of habeas corpus and an application to proceed in forma pauperis (without prepayment of fees). *Pet. for Writ of Habeas Corpus* (ECF No. 1); *Mot.* (ECF No. 2). On April 8, 2026, the Magistrate Judge denied Mr. Bayne's request to proceed without prepayment of fees because he did not provide the required financial information in his application. *Order on Mot. for Leave to Proceed Without Prepayment of Fees and Costs* (ECF No. 5). The Magistrate Judge ordered Mr. Bayne to pay the filing fee or file a completed application on or before April 22, 2026, warning that failure to do so could result in the dismissal of his petition. *Id.* Mr. Bayne did not respond by the deadline.

On May 5, 2026, the Magistrate Judge ordered Mr. Bayne to show cause why he had not complied with the order by May 26, 2026 and again warned that failure to comply could result in dismissing his petition. *O.S.C.* (ECF No. 6). On May 26, 2026,

upon Mr. Bayne's motion, the Court extended the deadline for Mr. Bayne to pay the filing fee or provide the proper information to support his application to proceed in forma pauperis to June 26, 2026. *Mot. for Extension in Forma Pauperis and Address Change* (ECF No. 8); *Order* (ECF No. 11); *Order Terminating O.S.C.* (ECF No. 12). Mr. Bayne did not pay the filing fee or provide the information to complete his application.

On July 10, 2026, and the Magistrate Judge recommended that this Court dismiss Mr. Bayne's petition for failure to comply with the Court's several orders or otherwise prosecute the matter. *Rec. Decision to Dismiss Pet'r's Claim* (ECF No. 13). Any objection to the Magistrate Judge's recommended decision was due July 24, 2026. *Id.* As of the date of this order, Mr. Bayne has not filed an objection, nor has he paid the filing fee or filed a completed application to proceed in forma pauperis.

Accordingly, the Court AFFIRMS and ADOPTS the Magistrate Judge's Recommended Decision to Dismiss Petitioner's Claim (ECF No. 13) and therefore DISMISSES Thomas Bayne, Jr.'s Petition for Writ of Habeas Corpus (ECF No. 1). No Certificate of Appealability should issue because there is no substantial issue that could be presented on appeal.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of August, 2026

2